FILED
APR 2 8 2011 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **11 CR 0314** |
| | ) | No. |
| v. | ) | |
| | ) | Violation: Title 29, United States |
| JOHN P. MCMAHON | ) | Code, Section 439(c) |

MAGISTRATE JUDGE GILBERT

The UNITED STATES ATTORNEY charges:

1. At times material to this Information, the Workers United Local 335-T ("Local 335-T") was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(a), (i), and (j).

2. In or around December 2008, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN P. MCMAHON,

defendant herein, willfully made false entries in books, records, reports, and statements required to be kept by Title 29, United States Code, Section 436, namely, defendant made false entries in Local 335-T's December 2008 Cash and Report Sheet, misrepresenting information about checks defendant had written, which were checks drawn on Local 335-T's bank account;

In violation of Title 29, United States Code, Section 439(c).

Patrick G. Fitzgerald by JSP
UNITED STATES ATTORNEY